**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7668**

———————

DONTEZ LAMONT SIMUEL,

                                    Plaintiff - Appellant,

      versus

GEORGE CURRY, Superintendent at Polk Youth
Institution; MS. FAULT, Medical Administrator;
EARL ECHARDS, Physician; BETTY REED,
Registered Nurse; RICHARD JONES; MS. SNIDER,
L.P.N.,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-636-5-H)

———————

Submitted: January 16, 2003       Decided: January 27, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dontez Lamont Simuel, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dontez Lamont Simuel appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Simuel v. Curry, No. CA-02-636-5-H (E.D.N.C. filed Oct. 21, 2002, entered Oct. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED